# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

161251

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

SHARYL KAY WATKINS,
         Defendant-Appellant.

SC: 161251
COA: 351521
Gratiot CC: 2017-007623-FH

_____/

By order of October 27, 2020, the application for leave to appeal the February 27, 2020 order of the Court of Appeals was held in abeyance pending the decision in *People v Sindone* (Docket No. 159709). On order of the Court, leave to appeal having been denied in *Sindone* on January 15, 2021, ___ Mich ___ (2021), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



Clerk

p0419